

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2018

No. 04-17-00774-CV

Judy **MILLSPAUGH,**
Appellant

v.

**BULVERDE SPRING BRANCH EMERGENCY SERVICES,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21767
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Reply Brief is hereby GRANTED. Time is extended to April 16, 2018.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2018.

KEITH E. HOTTLE,
Clerk of Court